UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Ira M. Orchowitz

Case No.:        16-10327

Chapter:         7

Judge:           Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

_____

      Bunce D. Atkinson, Trustee is in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below no later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |
|---|---|

If an objection is filed, a hearing will be held before the    Honorable Kathryn C. Ferguson  on

 March 22, 2016 at 11: 00 a.m. at the United States Bankruptcy Court, Courtroom no. 8.  *(Hearing date must be at least 28 days from the date of this notice).*  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  7 Richard Road, Edison, NJ 08820 ($350,000.00)

Amount of equity claimed as exempt: $0.00

Liens of property:  Mindy Orchowitz c/o Shah and Associates-211 Forsgate Drive, Monroe Township, NJ 08831 ($49,889.00)

      Wells Fargo Financial Bank-PO Box 660431, Dallas, TX 75266 ($537,888.28)

Objections must be served on, and requests for additional information directed to:

Name:            Bunce D. Atkinson, Esq.

Address:         PO Box 8415, Red Bank, NJ 07701

Telephone No.:   732-530-5300